| | |
|---|---|
| 1 | **SEDGWICK LLP** |
| | DENNIS G. ROLSTAD, SBN 150006 |
| 2 | dennis.rolstad@sedgwicklaw.com |
| | MICHELLE Y. MAGSYSAY, SBN 215294 |
| 3 | michelle.magsaysay@sedgwicklaw.com |
| | One Market Plaza |
| 4 | Steuart Tower, 8th Floor |
| | San Francisco, CA  94105-1008 |
| 5 | Telephone:  (415) 781-7900 |
| | Facsimile:  (415) 781-2635 |
| 6 | |
| | Attorneys for Defendant |
| 7 | HARTFORD LIFE INSURANCE COMPANY |
| 8 | GREGORY P. BROCK |
| | lawyer@gregorybrock.com |
| 9 | **BROCK LAW OFFICE** |
| | 2039 Shattuck Avenue, Suite 503 |
| 10 | Berkeley, California 94704 |
| | Telephone: (510) 841-1171 |
| 11 | Facsimile: (510) 841-1666 |
| 12 | Attorneys for Plaintiff |
| | LAURA ANDREWS and PETER ANDREWS |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA ANDREWS and PETER ANDREWS, | **Case No. CV11-1517 CRB** |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| v. | |
| KIMPTON HOTEL & RESTAURANT GROUP, LLC, THE HARTFORD LIFE INSURANCE COMPANY, and DOES 1 to 20, | |
| Defendants. | |

In accordance with the Stipulation For Dismissal of Entire Action with Prejudice between plaintiffs Laura Andrews and Peter Andrews, and defendant Hartford Life And Accident Insurance Company, it is hereby ORDERED that this entire action between them is dismissed with prejudice, including the complaint and any and all cross-claims or counter-claims, each

1  party to bear her or its own attorneys' fees and costs.

2      IT IS SO ORDERED.

3  Dated: __August 5, 2011_____

4  _____
   Honorable Charles R. Breyer

