GREGORY P. BROCK [Bar #181903]
**BROCK LAW OFFICE**
2039 Shattuck Avenue, Suite 200
Berkeley, California 94704
Telephone: (510) 841-1171
Facsimile: (510) 841-1666

Attorneys for Plaintiffs
LAURA ANDREWS, PETER ANDREWS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA ANDREWS and PETER ANDREWS,<br><br>Plaintiffs,<br><br>vs.<br><br>KIMPTON HOTEL & RESTAURANT GROUP, LLC, THE HARTFORD LIFE INSURANCE COMPANY, and DOES 1 to 20,<br><br>Defendants. | Case No. CV11-1517-CRB<br><br>[proposed] ORDER TO DISMISS DEFENDANT KIMPTON HOTEL & RESTAURANT GROUP, LLC WITH PREJUDICE |

1. The Court, having considered the Stipulation To Dismiss Defendant Kimpton Hotel & Restaurant GrouP, LLC, orders that Defendant Kimpton Hotel & Restaurant Group, LLC is hereby dismissed with prejudice, each party to bear her or its own attorneys' fees and costs.

SO ORDERED.

Date: August 23 , 2011

_____
THE HONORABLE CHARLES BREYER
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

---

1

Order To Dismiss Defendant Kimpton Hotel & Restaurant Group, LLC
Case No. CV11-1517-CRB